# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

YAN ZHAO et al.,

    *Plaintiffs*,

v.                                  Civil Action No. 20-3138 (TJK)

KEQIANG LI et al.,

    *Defendants*.

## ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. AB Stable VIII's Motion for the Court to Order Cancelation of Lis Pendens, ECF No. 72, and Motion for the Court to Order Cancelation of Lis Pendens, ECF No. 72; ECF No. 76; are **GRANTED;**

2. ECF No. 71 and ECF No. 74 are **STRICKEN** from the docket;

3. Any *lis pendens* notices that Plaintiffs have recorded and that are still in effect concerning the underlying properties, *see* ECF No. 10 at 2, are **CANCELLED**;

4. Plaintiffs are **ENJOINED** from recording any other *lis pendens* notices concerning the underlying properties, *see* ECF No. 10 at 2, without first obtaining leave of the Court to do so;

5. AB Stable VIII is **AWARDED** its attorneys' fees and costs incurred in responding to ECF No. 71 and ECF No. 74, to be assessed against Plaintiffs and their attorney Ning Ye jointly and severally;

6. AB Stable VIII shall file a supplemental motion for attorneys' fees and costs by

October 21, 2022; Plaintiffs shall file a response, if any, by November 4, 2022; and AB Stable VIII shall file a reply, if any, by November 14, 2022;

7. This case is **DISMISSED WITH PREJUDICE**; and

8. Attorney Ning Ye is **REFERRED** to the Court's Committee on Grievances for disciplinary proceedings.

This is a final, appealable Order. The Clerk of the Court is directed to close the case.

**SO ORDERED.**

/s/ Timothy J. Kelly<br>TIMOTHY J. KELLY<br>United States District Judge

Date: October 11, 2022